USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WUHANQUIZHAOKEJIYOUXIANGONGSI,                    :
                                                   :
                                                   :
                                  Plaintiff,       :
                   -against-                        :
                                                   :      24-CV-00604 (VEC)
                                                   :
FUSHAN SHUNHE TONGDA NETWORK                       :        ORDER
TECHNOLOGY CO., LTD., SHENZHEN                      :
HENGDA ZHITONG TRADE CO., LTD., QING               :
JIANG, JIANGYONG HUANG,                            :
                                                   :
                                 Defendants.        :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

 WHEREAS on January 31, 2024, the Court scheduled an Initial Pretrial Conference for

Friday, April 19, 2024, at 10:00 A.M., Order, Dkt. 16;

 WHEREAS also on January 31, 2024, the Court ordered that the parties submit a joint

letter and proposed case management plan by no later than Thursday, April 11, 2024, *id.*;

 WHEREAS Plaintiff did not submit the required letter and proposed case management

plan by the April 11 deadline;

 WHEREAS, on Friday, April 12, 2024, as a courtesy, the Court emailed Plaintiff's

counsel to remind him of the overdue filing;

 WHEREAS on Sunday, April 14, 2024, Plaintiff filed a notice of voluntary dismissal of

claims against all defendants but incorrectly filed it on ECF as a motion to withdraw, Mot., Dkt.

26;

 WHEREAS on Monday, April 15, 2024, the Clerk's Office informed Plaintiff's counsel

about the incorrect filing and instructed him to re-file the document properly;

WHEREAS Plaintiff has not yet re-filed the notice voluntary dismissal;

IT IS HEREBY ORDERED that, because Plaintiff intends to dismiss its claims, the Initial Pretrial Conference scheduled for Friday, April 19, 2024, at 10:00 A.M. is CANCELED;

IT IS FURTHER ORDERED that Plaintiff must re-file the notice of voluntary dismissal properly by no later than **Thursday, April 18, 2024**.  Failure to comply with this deadline may result in sanctions.

**SO ORDERED.**

**Date:  April 17, 2024**
**      New York, New York**

**VALERIE CAPRONI**
**United States District Judge**